United States District Court
Southern District of Texas
RECEIVED

JUN 0 4 2001

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED

JUN 0 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA §
§
§
vs. §
§
JAIME SOLIZ-MARTINEZ §

B-01-090

Docket No: CR00020-001

# WRIT OF HABEUS CORPUS

# SECTION (2255)

DEAR CLERK OF THE COURT,

**COMES NOW,** Jaime Soliz Martinez in forma pauper. Giving this court of Southern Brownsville Division notice of a 2255 for the following grounds stated above.

## GROUND ONE

Ineffective assistance of counsel, counsel was ineffective in the manner that he never gave me notice that he did not file a direct appeal. I was told by him after my sentencing that he had filed a direct appeal. I later learned no direct appeal had ever been filed by him. At this time, I was time barred of my ten (10) days period given by the court.

## GROUND TWO

Having been my first offense, I should have been characterized in Level 1 instead of characterized in Level 2.

## GROUND THREE

A one-third (1/3) departure [5K1] should have been given due to my statement of factors that may warrant departure.

## GROUND FOUR

A three (3) point reduction should have been taken off for the guilty plea, not a two (2) point reduction.

## GROUND FIVE

A two (2) point reduction should have been taken off for a first time conviction offense [safety valve reduction]

_____
Jaime Soliz-Martinez
85600-079
101 N. Glass Street
Victoria, TX  77901

Certificate service has been done on this 28th day of May of 2001. A copy has been sent first class mail to:  Assistant US Attorney Oscar Ponce
600 E. Harrison Street #201
Brownsville, TX  78520