2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAIME SOLIZ-MARTINEZ | * |
| | * |
| VS | * C.A. NO. B-01-090 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-01-020) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On August 23, 2001, the Court reviewed the case file in the above-captioned matter, and it appears that on July 12, 2001, the 2255 forms and application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not filed said docum ents.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 24, 2001.

DONE at Brownsville, Texas, this 24rd day of August 2001.

_____
Felix Recio
United States Magistrate Judge