3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAIME SOLIZ-MARTINEZ | * | |
| | * | |
| | * | |
| VS | * | C.A. NO. B-01-090 |
| | * | |
| UNITED STATES OF AMERICA | * | (Cr. No. B-01-020) |

## ORDER OF DISMISSAL

This cause of action was filed on June 4, 2001. More than four months have elapsed and Petitioner has failed to take any action to further prosecute this cause of action.

Accordingly, this cause of action is hereby **DISMISSED** lack of prosecution.

DONE at Brownsville, Texas, this ___12___ October 2001.

_____
Hilda G. Tagle
United States District Judge